IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ping LIU (A96-166-575) and<br>Yuan JI (A96-166-576)<br>2632 Starboard Point Drive<br>Houston, TX 77054<br><br>       Plaintiffs<br><br>       v.<br><br>Michael CHERTOFF<br>Secretary<br>U.S. Dept. of Homeland Security<br>245 Murray Drive, SW<br>Building 410<br>Washington, DC  20528<br><br>Emilio T. GONZALEZ<br>Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>F. GERARD HEINAUER<br>Director<br>U.S. Citizenship & Immigration Services<br>Nebraska Service Center<br>850 "S" Street<br>Lincoln, NE  68508<br><br>Sharon HUDSON<br>District Director<br>USCIS Houston District Office<br>126 Northpoint Drive<br>Houston, TX  77060<br><br>Robert S. MUELLER, III<br>Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535 | Civil No. 07-cv-02296<br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR LEAVE TO<br>APPEAR PRO HAC VICE** |

|  |  |
|---|---|
| **Defendants** | : |
|  | : |
| **in their official capacities** | : |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* AND SUPPORTING DECLARATION

Pursuant to LCvR § 83.2(d) counsel moves for the admission *pro hac vice* of Theodore J. Murphy to represent Plaintiffs Ping Liu and Yuan Li in this matter. In support of this motion, I declare and affirm the following:

Theodore J. Murphy is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 73069. Mr. Murphy is a member in good standing of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Murphy maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. His business telephone number is 215-825-8646.

Mr. Murphy has been admitted to the court *pro hac vice* in one previous matter (07-02117).

Mr. Murphy has a motion for his admission *pro hac vice* pending in another matters (07-cv-0220).

Mr. Murphy is not a member of the bar of this Court.

Respectfully submitted,

_____
Thomas K. Ragland
(D.C. Bar No. 501021)

Dated: 1/16/08

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ping LIU (A96-166-575) and <br> Yuan JI (A96-166-576) <br> 2632 Starboard Point Drive <br> Houston, TX 77054 <br><br> **Plaintiffs** <br><br> v. <br><br> Michael CHERTOFF <br> Secretary <br> U.S. Dept. of Homeland Security <br> 245 Murray Drive, SW <br> Building 410 <br> Washington, DC 20528 <br><br> Emilio T. GONZALEZ <br> Director <br> U.S. Citizenship & Immigration Services <br> 20 Massachusetts Avenue, NW <br> Washington, DC 20529 <br><br> F. GERARD HEINAUER <br> Director <br> U.S. Citizenship & Immigration Services <br> Nebraska Service Center <br> 850 "S" Street <br> Lincoln, NE 68508 <br><br> Sharon HUDSON <br> District Director <br> USCIS Houston District Office <br> 126 Northpoint Drive <br> Houston, TX 77060 <br><br> Robert S. MUELLER, III <br> Director <br> Federal Bureau of Investigation <br> J. Edgar Hoover Building <br> 935 Pennsylvania Avenue, NW <br> Washington, DC 20535 | Civil No. 07-cv-02296 <br><br><br><br><br><br><br><br><br><br><br><br> **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

      **Defendants**                                                  :
                                                                   :

**in their official capacities**                           :

## **DECLARATION OF THEODORE J. MURPHY**

1. I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 73069.

2. I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

3. I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. My business telephone number is 215-825-8646.

4. I am not a member of the bar of this Court.

5. I have been admitted to the court *pro hac vice* in a previous matter (07-cv-02117).

6. I have a motion for my admission *pro hac vice* pending in another matter (07-cv-0220).

_____          Dated: January 8, 2008
Theodore J. Murphy
(PA Attorney No. 73069)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA 19103
215-825-8600

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ping LIU (A96-166-575) and<br>Yuan JI (A96-166-576)<br>2632 Starboard Point Drive<br>Houston, TX 77054<br><br>       Plaintiffs<br><br>       v.<br><br>Michael CHERTOFF<br>Secretary<br>U.S. Dept. of Homeland Security<br>245 Murray Drive, SW<br>Building 410<br>Washington, DC 20528<br><br>Emilio T. GONZALEZ<br>Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>F. GERARD HEINAUER<br>Director<br>U.S. Citizenship & Immigration Services<br>Nebraska Service Center<br>850 "S" Street<br>Lincoln, NE 68508<br><br>Sharon HUDSON<br>District Director<br>USCIS Houston District Office<br>126 Northpoint Drive<br>Houston, TX 77060<br><br>Robert S. MUELLER, III<br>Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civil No. 07-cv-02296<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

in their official capacities         :
                                     :

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** and supporting **DECLARATION** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing along with electronic access to a true and correct copy of the same to U.S. Attorney of record.

s/ Thomas K. Ragland
Thomas K. Ragland
(D.C. Bar No. 501021)


Dated:   1/16/08