IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Ping LIU (A96-166-575) and
Yuan JI (A96-166-576)
2632 Starboard Point Drive
Houston, TX 77054

   Plaintiffs

   v.

Michael CHERTOFF
Secretary
U.S. Dept. of Homeland Security
245 Murray Drive, SW
Building 410
Washington, DC 20528

Emilio T. GONZALEZ
Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

F. GERARD HEINAUER
Director
U.S. Citizenship & Immigration Services
Nebraska Service Center
850 "S" Street
Lincoln, NE 68508

Sharon HUDSON
District Director
USCIS Houston District Office
126 Northpoint Drive
Houston, TX 77060

Robert S. MUELLER, III
Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535

Civil No. 07-cv-02296

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

| | |
|---|---|
| **Defendants** | : |
| | : |
| **in their official capacities** | : |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* AND SUPPORTING DECLARATION

Pursuant to LCvR § 83.2(d) counsel moves for the admission *pro hac vice* of H. Ronald Klasko to represent Plaintiffs Ping Liu and Yuan Li in this matter. In support of this motion, I declare and affirm the following:

H. Ronald Klasko is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 20384. Mr. Klasko is a member in good standing of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Klasko maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. His business telephone number is 215-825-8608.

Mr. Klasko has been admitted to the court *pro hac vice* in two previous matters (07-00140 and a matter under seal).

Mr. Klasko has a motion for his admission *pro hac vice* pending in another matter (07-cv-02289).

Mr. Klasko is not a member of the bar of this Court.

Respectfully submitted,

_____
Thomas K. Ragland
(D.C. Bar No. 501021)

Dated: 1/11/08

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ping LIU (A96-166-575) and<br>Yuan JI (A96-166-576)<br>2632 Starboard Point Drive<br>Houston, TX 77054<br><br>　　　　　Plaintiffs<br><br>　　　　　v.<br><br>Michael CHERTOFF<br>Secretary<br>U.S. Dept. of Homeland Security<br>245 Murray Drive, SW<br>Building 410<br>Washington, DC 20528<br><br>Emilio T. GONZALEZ<br>Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>F. GERARD HEINAUER<br>Director<br>U.S. Citizenship & Immigration Services<br>Nebraska Service Center<br>850 "S" Street<br>Lincoln, NE 68508<br><br>Sharon HUDSON<br>District Director<br>USCIS Houston District Office<br>126 Northpoint Drive<br>Houston, TX 77060<br><br>Robert S. MUELLER, III<br>Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535 | Civil No. 07-cv-02296<br><br><br><br><br><br><br><br><br><br><br>MOTION FOR LEAVE TO<br>APPEAR PRO HAC VICE |

    **Defendants**                            :

**in their official capacities**        :

## DECLARATION OF H. RONALD KLASKO

1. I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 20384.

2. I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

3. I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. My business telephone number is 215-825-8612.

4. I am not a member of the bar of this Court.

5. I have been admitted to the court *pro hac vice* in two previous matters (07-cv-00140 and a matter under seal).

6. I have a motion for my admission *pro hac vice* pending in another matter (07-cv-02289).

_____        Dated: _____
H. Ronald Klasko
(PA Attorney No. 20384)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA 19103
215-825-8608

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ping LIU (A96-166-575) and<br>Yuan JI (A96-166-576)<br>2632 Starboard Point Drive<br>Houston, TX 77054<br><br>    Plaintiffs<br><br>v.<br><br>Michael CHERTOFF<br>Secretary<br>U.S. Dept. of Homeland Security<br>245 Murray Drive, SW<br>Building 410<br>Washington, DC 20528<br><br>Emilio T. GONZALEZ<br>Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>F. GERARD HEINAUER<br>Director<br>U.S. Citizenship & Immigration Services<br>Nebraska Service Center<br>850 "S" Street<br>Lincoln, NE 68508<br><br>Sharon HUDSON<br>District Director<br>USCIS Houston District Office<br>126 Northpoint Drive<br>Houston, TX 77060<br><br>Robert S. MUELLER, III<br>Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>    Defendants | Civil No. 07-cv-02296 |

in their official capacities                    :
                                                :

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** and supporting **DECLARATION** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing along with electronic access to a true and correct copy of the same to U.S. Attorney of record.

s/ Thomas K. Ragland
Thomas K. Ragland
(D.C. Bar No. 501021)


Dated:  1/16/08