AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ping LIU and
Yuan JI

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff et. al.

Case: 1:07-cv-02296
Assigned To : Roberts, Richard W.
Assign. Date : 12/20/2007
Description: General Civil

TO: (Name and address of Defendant)

Robert S. MUELLER, III
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           DEC 20 2007

_____            _____
CLERK                                        DATE

_Nancy Scott_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/31/07 |
| NAME OF SERVER (PRINT) Thomas K. Ragland | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via certified U.S. mail, postage pre-paid

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/31/07
       Date

Signature of Server
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0002 5598 5068**
Detailed Results:

- Delivered, December 31, 2007, 3:18 am, WASHINGTON, DC 20535
- Notice Left, December 30, 2007, 6:51 am, WASHINGTON, DC 20535
- Arrival at Unit, December 30, 2007, 3:39 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )   ( Return to USPS.com Home > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert S. Mueller
   Director
   Federal Bureau of Investigation
   J. Edgar Hoover Building
   935 Pennsylvania Ave. NW
   Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7007 1490 0002 5598 5068

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540