UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PING LIU, YUAN JI,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Dep't of Homeland Security,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV02296 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

Dated: March 3, 2008

                Respectfully submitted,


                 /s/ Robin M. Meriweather
                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C.  20530
                Phone: (202) 514-7198
                Fax: (202) 514-8780
                Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2008, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS RAGLAND
ANDRES BENACH
MAGGIO & KATTAR, PC
11 Dupont Circle, N.W. Suite 775
Washington DC 20036

　　　　　　　　　　　　　　　　　　　　/s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114