UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PING LIU, YUAN JI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case Number: 1:07CV02296 (RWR) ) |
| MICHAEL CHERTOFF, Secretary, U.S. Dep't of Homeland Security, | ) ) ) |
| Defendants. | ) ) ) ) |

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME TO FILE ANSWER**

Defendants Emilio T. Gonzalez et al., through undersigned counsel, hereby provide Notice that Plaintiffs have informed Counsel for Defendants that Plaintiffs do not oppose the 30-day enlargement of time that Defendants sought in Dkt. Entry 12. The Rule 7(m) statement included in that motion indicated that Plaintiffs opposed the enlargement.

Dated: March 7, 2008              Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov