## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

PING LIU, YUAN JI,                              )
                                                )
                  Plaintiffs,                     )
                                                )
           v.                                )    Case Number:  1:07CV02296 (RWR)
                                                )
MICHAEL CHERTOFF, Secretary, U.S. Dep't         )
of Homeland Security,                           )
                                                )
                Defendants.                     )
_____ )

## STIPULATION OF DISMISSAL

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective

counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice,

each side to bear its own costs and fees.

                         Respectfully submitted,


   /s/  Andres Benach                        /s/_____

ANDRES BENACH                          JEFFREY A. TAYLOR, D.C. BAR # 498610

THOMAS RAGLAND                     United States Attorney

MAGGIO & KATTAR

11 Dupont Circle, NW Suite 775                /s/_____

Washington, DC  20036                     RUDOLPH CONTRERAS, D.C. BAR # 434122

Phone: (202) 483-0053                     Assistant United States Attorney.

Fax: (202) 483-6801

                               /s/  Robin M. Meriweather

*Counsel for Plaintiff*                    ROBIN M. MERIWEATHER, D.C. Bar # 490114

                                 Assistant United States Attorney

                                 555 Fourth Street, N.W.

                                 Washington, D.C. 20530

                                 Phone: (202) 514-7198; Fax (202) 514-8780

                                 Robin.Meriweather2@usdoj.gov


Dated: March 31, 2008                     *Counsel for Defendants*